# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANTHONY HAMLET,

    Plaintiff,

v.                                                                                                                                            No. CV 10-1160 JH/WDS

JERRY BROWN, et al.,

    Defendants.

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint. The Court determines that the document is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee.**

    ____ No filing fee ($350 civil) has been received.

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)   __   is not filed
(2)   __   is missing affidavit
(3)   X   is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4)   __   is missing required financial information
(5)   __   is missing an original signature by the prisoner
(6)   __   is not on proper form (must use current form)
(7)   __   names in caption do not match names in caption of complaint, petition or habeas application
(8)   __   An original and a copy have not been received by the Court. Only an original has been received.
(9)   __   other _____

**III. Complaint, Petition or Application:**

(1)   __   is missing
(2)   __   is not on proper form (must use our form Rev. 5/96)
(3)   __   is missing an original signature by the prisoner

(4) ____   is missing page nos. ____
(5) ____   uses et al. instead of listing all defendants/respondents
(6) ____   An original and a copy have not been received by the Court.  Only an original has been received.
(7) ____   Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8) ____   names in caption do not match names in text
(9) ____   other _____

Papers filed in response to this order must include the civil action number (CIV 10-1160 JH/WDS) of this case.  Failure to cure the designated deficiencies within thirty (30) days from the date of this order may result in dismissal of this action without further notice.

    IT IS THEREFORE ORDERED that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order;

    IT IS FURTHER ORDERED that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms: 2 copies each of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Financial Certificate.

_____
UNITED STATES MAGISTRATE JUDGE